IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02832-CMA-BNB

EMS USA, INC.,

Plaintiff,

v.

INTEGRITY SPECIALISTS LLC, and
THOMAS R. RIPPER, an individual,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Consistent with proceedings occurring on the record this afternoon,

IT IS ORDERED:

(1)   **Plaintiff's Unopposed Motion for Modification of Protective Order** [Doc. # 18, filed 11/17/2011] is GRANTED; and

(2)   The defendants may have to and including **December 2, 2011**, within which to answer or otherwise respond to the Complaint.


DATED:  November 28, 2011